Date: 06/24/10

# DIVIDENDS REMITTED TO THE COURT

Case Number 07-32372 - KLEIN, KELLY NICOLE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba Gap/Old Navy<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>4281 | 000001 | 37.28 | 2.31 |
| ---------- Remittance Total --------------- | | 37.28 | 2.31 |

CHARLES W. RIES, Trustee

# 2382



COURT1

Printed: 06/24/10 11:31 AM    Ver: 15.09